# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

ANA T FIGUEROA ROMAN                              Case No.   19-03969-BKT

                                  Chapter 13      Attorney Name:   IGNACIO GARCIA FRANCO*

### I. Appearances

| | | | |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |

[ ] Prose

[X] Appearing:    Melissa Torres Diaz Esq.

**Date & Time:**    8/20/2019   1:21:00PM

[X] R          [ ] NR      LV:  tbd

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

Banco Popular de P.R. by Mr. Miguel Rivera

### II. Oath Administered
   [X] Yes              [ ] No

### III. Plan

Date:   07/12/2019         Base:     $14,040.00    Payments 1 made out of 1 due.

Confirmation Hearing Date:      9/20/2019   2:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

     $490.00   -  $490.00    =  $0.00

### IV. Status of Meeting

[X] Closed        [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

ANA T FIGUEROA ROMAN  Case No. 19-03969-BKT

Chapter 13  Attorney Name: IGNACIO GARCIA FRANCO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>  [ ] State - years<br><br>  [ ] Federal - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>  [ ] Premises<br>  [ ] Vehicle(s):<br>[ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS**

In re:

ANA T FIGUEROA ROMAN

Case No. 19-03969-BKT

Chapter 13  Attorney Name: IGNACIO GARCIA FRANCO*

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 3**

**Household size: 1**

**No taxable income for years 2015-2018**

**FAILS LIQUIDATION VALUE TEST, §1325(a)(4):**

a. Real property was disclosed in schedule A/B with a value of $0.00 since debtor transferred her interest to former spouse in 2015 as part of the conjugal partnership.

It seems that as part of the liquidation of the conyugal partnership in 2015, debtor ceded her participation in the conyugal real property used as home to former spouse. In return, she received $7,000.00 and a lot of land in Bo. Canaboncito.

Per evidence submitted, real property debtor transferred lot at Bo. Canaboncito, Caguas. Debtor received $15,000.00 for the sale of the lot on January 2018.
 SOFA, item #18 discloses the transfer made to Nomar Andre Torres Laboy (lot at Canaboncitos Ward, Caguas) on 1/16/2018; funds received $15,000.

Her testimony at this 341, debtor avers that the lot of land was worth approximately $95,000.00. She avers that she had an appraisal. She sold for said price since she states that she needed monies. From the $15,000.00 of the sale she had to pay $5,000.00 to CRIM.

Trustee is evaluation possible avoidance. Debtor is to provide the following:

Physical and postal address of Mr. Nomar Andre Torres Laboy.
Sales deed of real property of Bo. Canaboncito
Appraisal of of real property of Bo. Canaboncito

**DOES NOT PROVIDE FOR SECURED CREDITOR, §1325(a)(5):**

a. Plan has no provision for secured claim #1 by CRIM in the amount of $508.02. (Collateral is for ppty. Located at Bo. Turabo, Caguas)  Trustee notes that real property the one that was transferred to spouse.

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

ANA T FIGUEROA ROMAN                           Case No.   19-03969-BKT

                              Chapter 13       Attorney Name:   IGNACIO GARCIA FRANCO*

---

**OTHER:**

**a. Creditor BPPR requets adequate protection.**

**NOTE:**

***Debtor's vehicle is currently insured and maturity date is on 1/29/2021. After that date, debtor will pay insurance directly.

The following party(ies) object(s) confirmation:

s/Pedro R Medina                                                    Date:   08/20/2019

**Trustee/Presiding Officer**                                                (Rev. 05/13)