# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:

**ANA T. FIGUEROA ROMAN**
**(XXX-XX-6908)**

**Debtor(s)**

Case No.: **19-03969 BKT**

Chapter 13

### DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS (Doc. #.12)

**TO THE HONRABLE COURT**:

    **COMES NOW DEBTOR**, by and through the undersigned attorney, very respectfully ALLEGES and PRAYS:

1. This case was filed on July 12th, 2019. The proposed Chapter 13 plan was filed along with the voluntary petition. A confirmation hearing to consider debtor's proposed plan has been scheduled for December 19th, 2019 (Doc.#13).

2. On September 13th 2019 (Doc.#12), Chapter 13 Trustee filed a Motion to Dismiss (the "Motion to Dismiss"). In the same, the Trustee informs this Honorable Court that debtor has allegedly failed to address and solve several findings and issues raised during the §341 Meeting of Creditors held on August 20th, 2019. Specifically, the allegations raised by the Trustee are summarized as follows:

   a. Paragraph No.2 (c): "Trustee is evaluation possible avoidance. Debtor is to provide the following:

      - Physical and postal address of Mr. Nomar Andre Torres Laboy.
      - Sales deed of real property of Bo. Canaboncito.
      - Appraisal of of real property of Bo. Canaboncito.

   b. Paragraph No.2 (d): "Plan has no provision for secured claim #1 by CRIM in the amount of $508.02. (Collateral is for ppty. Located at Bo. Turabo, Caguas).

3. In response to the Trustee's motion to dismiss, debtor informs the following:

    a. **Paragraph No.2 (c):** On July 26th and September 25th, 2019 the documents requested by the Trustee were submitted by debtor and uploaded to the Trustee's system. See evidence included with the present response. Accordingly, debtor has fully complied with this request.

    b. **Paragraph No.2 (d):** On this date amended plan dated September 25th 2019 has been filed in order to address the requirement made by the Trustee. *See* Doc. #14. The amended plan includes a provision for the lift of stay in favor of secured creditor CRIM – claim No.1 (Section 8.10 of plan).

4. With the present response, and the filing of the amended plan, debtor shall be considered in full compliance of all the pending issues raised by the Trustee in his motion to dismiss. For such reason, debtor is requesting this Honorable Court deny the motion to dismiss filed by the Chapter 13 Trustee.

    **WHEREFORE,** Debtor's respectfully requests this Honorable Court to take notice of the above and deny the Motion to Dismiss filed by the Chapter 13 Trustee at Doc. #12.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification, upon information and belief, of such filing to the following: The Chapter 13 Trustee, The United States Trustee and to all the CM/ECF participants of this case.

    **RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this **15th** day of **OCTOBER** 2019.

    **IGNACIO GARCIA FRANCO**
    **USDC 231410**
    Attorney for debtor
    PO Box 361844
    San Juan, P.R. 00936
    Tel (787) 478-3379
    FAX (1-888) 860-9135
    Email: ignaciolaw@gmail.com

*/s/ Ignacio García Franco, Esq.*


# Welcome IGNACIO GARCIA FRANCO*

Show 10 ▼ entries

Search: 1903969

| ID | Case Number | Uploaded Date | Original Name | Description | Status |
|---|---|---|---|---|---|
| 105017 | 1903969 | 7/26/2019 4:15:24 PM | PANIncome_AnaTFigueroa.pdf | Income evidence (other than paystubs)-UDP | Complete |
| 105018 | 1903969 | 7/26/2019 4:15:24 PM | DivorceResolution-AnaT.Figueroa.pdf | Letters General-UDP | Complete |
| 105019 | 1903969 | 7/26/2019 4:15:27 PM | VehicleFinancecontract-AnaTFigeroa.pdf | Letters General-UDP | Complete |
| 105020 | 1903969 | 7/26/2019 4:15:29 PM | WriteSaleofLot-AnaFigueroa.pdf | Letters General-UDP | Complete |
| 109880 | 1903969 | 9/25/2019 12:25:39 PM | Appraisalreport2015_AnaT.Figueroa.pdf | Appraisals/Comparables/Value Opinion-UDP | Complete |

Showing 11 to 15 of 15 entries (filtered from 751 total entries)

Previous 1 2 Next