IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANA T FIGUEROA ROMAN

DEBTOR(S)

CASE NO. 19-03969-BKT

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 3 years

2. The liquidation value of the estate is $: To be determined

3. The general unsecured pool is $: 0.00

AMENDED PLAN DATE: September 25, 2019      PLAN BASE: $14,040.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/11/2019

[ ] FAVORABLE        [X] UNFAVORABLE

**1. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

**(1) Per debtor's testimony at this 341 and disclosure in schedules, debtor avers that she sold a lot of land worth approximately $95,000.00 on January 16, 2018 (less than 2 years from filing). She avers sold the same for $15,000.00. Trustee is evaluation possible avoidance. Debtor submitted to Trustee an appraisal of the real property transferred as well as copy of the sales deed. In order to assist Trustee in performing his duties, Debtor is to provide the following: Physical and postal address of Mr. Nomar Andre Torres Laboy( Transferee) or any contact information available.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: IGNACIO GARCIA FRANCO*

/s/ Pedro R Medina
Pedro R Medina

USDC #226614
ALEJANDRO OLIVERAS RIVERA
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CCC - RS