# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:

**ANA T. FIGUEROA ROMAN
(XXX-XX-6908)**

**Debtor(s)**

Case No.: **19-03969 BKT**

Chapter 13

**DEBTOR'S RESPONSE TO TRUSTEE'S UNFAVORABLE RECOMMENDATION (Doc. #.20)**

**TO THE HONRABLE COURT**:

    **COMES NOW DEBTOR**, by and through the undersigned attorney, very respectfully ALLEGES and PRAYS:

1. This case was filed on July 12th, 2019. The proposed Chapter 13 plan was filed along with the voluntary petition. The §341 Meeting of Creditors was held and closed on August 21st, 2019 (Doc.#9). Confirmation Hearing to consider debtor's proposed plan has been scheduled for January 30th, 2020 (Doc.#22).

2. On December 11, 2019 the Chapter 13 Trustee filed an Unfavorable Recommendation to the Plan (the "Unfavorable recommendation"), commenting various issues that needed be addressed by Debtor(s) prior to the possible confirmation of the Chapter 13 Plan. *See* Doc. 20.

3. By way of the present motion, Debtor is respectfully addressing all the findings, inquiries and requests made by the Trustee in the Unfavorable Recommendation. Accordingly, each finding with its respective corrective actions are summarized and explained as follows:

    a. **Debtor is to provide the following:**

        - Physical and postal address of Mr. Nomar Andre Torres Laboy (Transferee) or any contact information available.

        Debtor's response to the finding/objection: On January 21st, 2020 Debtor submitted to the Trustee what she understands to be the Transferee's physical

and mailing address. This information was uploaded to the Trustee's system. *See* attachment.

4. With the present response Debtor has demonstrated that she has complied with all the pending requests made by the Trustee in his Unfavorable Report.

**WHEREFORE,** Debtor respectfully requests this Honorable Court to take notice of the above and consider Debtor in full compliance with all of Trustee's requests and clarifications included in his Unfavorable Report at Doc. 20.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification, upon information and belief, of such filing to the following: The Chapter 13 Trustee, The United States Trustee and to all the CM/ECF participants of this case.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this **22nd** day of **JANUARY** 2020.

**IGNACIO GARCIA FRANCO**
**USDC 231410**
Attorney for debtor
PO Box 361844
San Juan, P.R. 00936
Tel (787) 478-3379
FAX (1-888) 860-9135
Email: ignaciolaw@gmail.com

*/s/ Ignacio García Franco, Esq.*

# Welcome IGNACIO GARCIA FRANCO*

Show 10 entries

Search: 1903969

| ID | Case Number | Uploaded Date | Original Name | Description | Status |
|---|---|---|---|---|---|
| 105017 | 1903969 | 7/26/2019 4:15:24 PM | PANIncome_AnaTFigueroa.pdf | Income evidence (other than paystubs)-UDP | Complete |
| 105018 | 1903969 | 7/26/2019 4:15:24 PM | DivorceResolution-AnaT.Figueroa.pdf | Letters General-UDP | Complete |
| 105019 | 1903969 | 7/26/2019 4:15:27 PM | VehicleFinancecontract-AnaTFigeroa.pdf | Letters General-UDP | Complete |
| 105020 | 1903969 | 7/26/2019 4:15:29 PM | WriteSaleofLot-AnaFigueroa.pdf | Letters General-UDP | Complete |
| 109880 | 1903969 | 9/25/2019 12:25:39 PM | Appraisalreport2015_AnaT.Figueroa.pdf | Appraisals/Comparables/Value Opinion-UDP | Complete |
| 115606 | 1903969 | 12/4/2019 9:50:12 AM | TitleStudyResidence.pdf | Title Search or Title Study-UDP | Complete |
| 119127 | 1903969 | 1/21/2020 2:48:14 PM | CONTACTINFORMATIONOFTRANSFEREEOFPROPERTY.pdf | Letters General-UDP | Complete |

Showing 11 to 17 of 17 entries (filtered from 957 total entries)

Previous 1 2 Next