**Exhibit 1**

*Expedí Primera copia certificada a favor de la parte compradora, en el mismo día y lugar de su otorgamiento. Yo, el Notario, Doy Fe.----------*



NOTARIO PÚBLICO



NATC



---Comienza mi Protocolo de Instrumentos Públicos correspondiente al año dos mil dieciocho (2018), hoy día dieciséis (16) de enero.-----------------

 

-------------ESCRITURA NÚMERO UNO (1)------------
--------------------COMPRAVENTA--------------------
---En Caguas, Puerto Rico, a dieciséis (16) de enero del año dos mil dieciocho (2018).--------
---------------------ANTE MÍ,---------------------
---------------REYMERIK APONTE LÓPEZ,--------------
---abogado y notario público del Estado Libre Asociado de Puerto Rico, con residencia y oficina notarial abierta en Cayey, Puerto Rico.----------
--------------------COMPARECEN:--------------------

---DE LA PRIMERA PARTE: **ANA TERESA FIGUEROA ROMÁN**, mayor de edad, soltera, propietaria y vecina de Guaynabo, Puerto Rico, en adelante denominada: "La Parte Vendedora o La Vendedora"--
---DE LA SEGUNDA PARTE: **NOMAR ANDRE TORRES LABOY**, mayor de edad, soltero, empleado y vecino de Gurabo, Puerto Rico, en adelante denominada: "La

1

Parte Compradora" o "El Comprador".------

---DOY FE de conocer personalmente a la compareciente de la primera parte, por no conocer a la segunda parte se ha identificado mediante pasaporte vigente expedido por los Estados Unidos de América, número 508423399, y de las circunstancias personales antes mencionadas, quienes me aseguran tener y a mi juicio tienen la capacidad legal necesaria para el presente otorgamiento, y en tal virtud libremente:------

------EXPONEN------

---PRIMERO: Que la compareciente de la primera parte es dueña en pleno dominio de la siguiente propiedad:------

---"RÚSTICA: Parcela D: Predio de terreno radicado en el Barrio Cañaboncito del término municipal de Caguas, compuesta de dos cuerdas treinta milésimas de otra, equivalente a setentainueve áreas ochenta centiáreas dieciocho miliáreas, o sea, siete mil novecientos ochenta metros y dieciocho centímetros cuadrados. En lindes por el Norte, con terrenos de Francisco Ayala; por el Sur, con la parcela letra "C" de la finca principal que se adjudicará a Francisco Ayala Resto; por el Este, por cuya colindancia corre a todo lo largo de la franja de terreno de ocho metros de ancho, dedicado a servidumbre de paso establecida sobre la finca principal y que forma parte de esta parcela con terrenos de Marcos Rojas; y por el Oeste, con terrenos de Genaro Báez.------

---Catastro número: 250-008-838-32-000.------



---Consta inscrita al Folio 115, del Tomo 450 de Caguas, finca número 24,314 Registro de la Propiedad de Caguas, Sección Primera.------------

---SEGUNDO: La Parte Vendedora adquirió dominio del inmueble en un cincuenta por ciento (50%) por compra a Antonio Pagán Osorio, soltero, por el precio de diecinueve mil dólares ($19,000.00); a virtud de la escritura número Séis (6) otorgada en Caguas el día once (11) de enero de dos mil uno (2001) ante el Notario Rafael A. Pacheco; inscrita al tomo móvil 1619 de Caguas, finca #24,314, inscripción 8va. El restante cincuenta por ciento (50%) lo adquirió por cesión que le hiciera Luis González Rodríguez, con un valor de cuarenta y séis mil setescientos cuarenta dólares ($46,740.00); a virtud de una Sentencia sobre Divorcio fechada el ocho (8) de septiembre de dos mil quince (2015), Caso Número EAC2014-0467, Tribunal de Primera Instancia, Sala de Caguas; inscrita en el Sistema Karibe, Finca #24,314 de Caguas, inscripción novena (9na).----------------

---TERCERO: La Parte Vendedora declara que la propiedad por su procedencia y por sí, está libre de cargas. Se beneficia de una servidumbre de paso como predio dominante sobre la finca principal de la cual procede, como predio sirviente.------------------------------------

---CUARTO: Los comparecientes han convenido la compraventa del inmueble y la llevan a efecto



3





bajo las siguientes:----------------------------

---------------CLÁUSULAS Y CONDICIONES------------

---Uno [1]: La Parte Vendedora vende, cede y traspasa el inmueble a favor de los Compradores, con todos sus derechos, títulos, intereses, anexos, servidumbres, mejoras y todo cuanto le constituye y le es inherente, para que los Compradores la posean y disfruten, como su únicos y legítimos dueños.------------------------

---Dos [2]: La Vendedora por la presente venden a la Compradora la propiedad antes descrita por la cantidad de **QUINCE MIL DÓLARES ($15,000.00)**.-----

---Tres [3]: La cantidad de **QIUNCE MIL DÓLARES ($15,000.00)** la vendedora reconoce recibirla del Comprador en este acto, por lo cual la Vendedora otorga a la Compradora la más formal y eficaz carta de pago.------------------------------

---Cuatro [4]: La Parte Compradora entra en la inmediata posesión del inmueble, a partir de la fecha de esta escritura y sin más requerimiento. La Vendedora se obliga ante la Parte Compradora al saneamiento por evicción, conforme a derecho. La Vendedora manifiesta que cede, vende y traspasa el cien por ciento (100%) de la propiedad a la Compradora.----------------------

---Cinco [5]: La Vendedora pagará las contribuciones que se adeuden sobre el inmueble hasta el día de hoy; si alguna, y de hoy en

4



adelante, será responsabilidad del Comprador.----

---Seis [6]: La Parte Compradora entiende que dentro de los próximos treinta (30) días tiene que cumplimentar una Solicitud de Exoneración y radicarla en el Centro de Recaudaciones de Ingresos Municipales (CRIM) en el municipio donde está ubicado el inmueble, a tenor con la Ley Número Ochenta y Tres (83) de treinta (30) de agosto de mil novecientos noventa y uno (1991), según enmendada. De no radicar la solicitud, la compradora no tendrá derecho de gozar la exoneración y en el momento en que los compradores vendan el inmueble, el CRIM le va a cobrar las contribuciones adeudadas a partir de la fecha de esta escritura.----------------------

---Siete [7]: Los comparecientes, sus sucesores, causahabientes por cualquier título, acuerdan otorgar y suscribir toda clase de documentos públicos y/o privados que sean necesarios y requeridos para aclarar, corregir, enmendar o añadir para que el título aquí transferido sea inscrito en el Registro de la Propiedad, a nombre de la parte Compradora, incluyendo cualquier acta aclaratoria o de rectificación.------------------

---Ocho[8]: En lo referente al sistema de control de acceso a la Propiedad de tener alguno, así como las cuotas de mantenimiento a la Asociación de Residentes, si alguna, se le advierte a la PARTE COMPRADORA acerca de su obligación de notificar a la Asociación de Residentes del hecho

5

de esta adquisición no más tarde de los treinta (30) días siguientes a la fecha de adquisición y de su obligación de observar los preceptos y del reglamento adoptado por la asociación de residentes de conformidad con lo referido.--------

---Nueve(9): Manifiesta la Parte Compradora que a instancias de la Vendedora ha examinado e inspeccionado cuidadosamente el inmueble objeto de esta compraventa; que conoce el estado del mismo y que compra y acepta el inmueble como está ["as is"], y que por lo tanto, no tiene obligación la Vendedora de realizar reparaciones o mejora alguna a la misma como condición para la compraventa.------------------------------------



--------ACEPTACIÓN Y ADVERTENCIAS LEGALES--------

---Se le advierte a las partes, en especial a la Compradora, que de la residencia que enclava en el solar objeto de esta compraventa, haber sido construida con anterioridad al año mil novecientos setenta y ocho (1978), le es de aplicación la Ley para la Reducción de los Riesgos Provocados por la Pintura a Base de Plomo en Viviendas Residenciales, también conocida como la "Residential Lead Base Paint Hazard Act, 42 USC & 4851et seq". Dicha ley impone a la parte vendedora y a su agente o corredor, de haberlo, y antes de que los Compradores quede obligado bajo un contrato, la obligación de: divulgar al



conocimiento sobre la presencia de pintura a base de plomo o de cualquier peligro conocido en la propiedad asociado con ésta; proveer cualquier informe o evaluación sobre plomo que tuviera disponible; proveer un período de diez (10) días para que los Compradores inspeccione la propiedad a tales fines; debe proveer folleto informativo preparado por la Agencia para la Protección Ambiental ("Environmental Protection Agency"). Es necesario que al contrato de compraventa se le haya anejado un documento con las firmas de las partes confirmando el cumplimiento de lo antes dichos requisitos. Dicho contrato y su anejo debe ser conservado por un período de tres (3) años por la Parte Vendedora y su agente. El no cumplir con los requisitos de esta Ley expone a la Parte Vendedora a responder civilmente por los daños. Conociendo el contenido de la presente advertencia ambas partes se manifiestan conformes y continúan con la presente compraventa.----------

---------------------------------------------------

-------------ADVERTENCIAS GENERALES---------------

---------------------------------------------------

---Yo, el Notario, DOY FE de haber hecho a las comparecientes las advertencias legales necesarias y pertinentes a este acto, en particular hago constar que hice las siguientes--

---[A] He advertido a las comparecientes, sobre todo a la parte Compradora, de su derecho a examinar el Registro de la Propiedad, y el de

7

obtener un estudio de título con relación a las cargas y gravámenes u otros derechos inmobiliarios sobre la propiedad objeto de esta compraventa; que en este caso ni el Notario autorizante ni los comparecientes han examinado personalmente el Registro, que no obstante, se obtuvo un estudio de título, preparado por un investigador de títulos y que el hecho de haber obtenido dicho estudio no constituye garantía de inexistencia de gravámenes, ya que éstos podrían haberse constituido con posterioridad al examen registral o a la fecha en que se hubiera realizado el estudio de título.-------------------

---El referido estudio de título fue utilizado para preparar esta escritura, y el Notario suscribiente no asume responsabilidad por la corrección, exactitud y o integridad de dicho estudio.------------------------------------------

---Las partes aceptan el estudio de título preparado para esta transacción.------------------

---Los comparecientes relevan al Notario suscribiente de toda responsabilidad por errores y/o omisiones en el referido estudio de título; y / o por cambios en la propiedad o sus cargas o gravámenes que puedan ocurrir entre la fecha del estudio de título y la fecha en que esta escritura sea presentada al Registro para inscripción.------------------------------------

---[B] Les he advertido lo siguiente:------------

---La importancia de presentar esta escritura



8



pública en el Registro de la Propiedad, haciendo constar, además el costo de la inscripción, así como el deber de tramitar el correspondiente traspaso ante el Departamento de Hacienda y el Centro de Recaudaciones de Impuestos Municipales [CRIM].------------------------------------------

---Las responsabilidades y consecuencias que podrían resultar de no presentar esta escritura pública.-----------------------------------------

---Los deberes y consecuencias fiscales de este acto.------------------------------------------------

---Del derecho que tienen los comparecientes a requerir la presencia de testigos.----------------

---De encontrarse esta propiedad en una zona inundable, los Compradores quedan obligados a cumplir con los requerimientos y disposiciones del Reglamento sobre Zonas Susceptibles de Inundación para cualquier construcción, uso o desarrollo.------------------------------------------

---Del derecho a leer la presente escritura por sí mismos, lo que hicieron.----------------------

---Las partes declaran haber entendido todas las advertencias legales y sus posibles consecuencias legales de todo lo explicado a ellos.-------------

----------------------------------------------------
----------------LECTURA Y ACEPTACIÓN--------------
----------------------------------------------------

---Las partes aceptan esta escritura en todas sus partes por encontrarla la misma redactada de acuerdo con sus instrucciones. Las partes, luego





NATL

de haber leído el contenido de esta escritura, se ratifican en ella y confirman las expresiones contenidas aquí, y en consecuencia, cada uno de los comparecientes colocan sus iniciales todos cada uno de los folios y firman el original al final de esta escritura, ante mí, el Notario. De todo lo cual, bajo mi firma, sello, signo y rúbrica, y conforme a Derecho, yo, el Notario, DOY FE.-------------------------------------







