# ESTUDIO DE TÍTULO

| | |
|---|---|
| ***CASO PARA:*** | BUFETE GARCIA FRANCO & ASOCIADOS |
| ***SOLICITADO POR:*** | ANGELA LOPEZ |
| ***REFERENCIA:*** | ANA TERESA FIGUEROA ROMAN |
| ***FINCA NÚMERO:*** | 24314, inscrita al folio 115 del tomo 450 de Caguas, Registro de Caguas, Sección I. |

### *DESCRIPCIÓN DE LA PROPIEDAD:*

*RUSTICA:* Parcela D. Predio de terreno radicado en el Barrio Cañaboncito del término municipal de Caguas, compuesta de dos cuerdas y treinta milésimas de otra, equivalente a setenta y nueve áreas, ochenta centiáreas y diez y ocho miliáreas, o sea, siete mil novecientos ochenta metros y diez y ocho centímetros cuadrados. En lindes por el NORTE, con terrenos de Francisco Ayala; por el SUR, con la parcela letra "C" de la finca principal que se adjudicará a Francisco Ayala Resto; por el ESTE, por cuya colindancia corre a todo lo largo de franja de terreno de ocho metros de ancho, dedicada a servidumbre de paso establecida sobre la finca principal y que forma parte de esta parcela con terrenos de Marcos Rojas; y por el OESTE, con terrenos de Genaro Báez.

### *TRACTO REGISTRAL:*

Se segrega de la finca número 3970, inscrita al folio 177 del tomo 107 de Caguas.

### *DOMINIO:*

La finca consta inscrita a favor de ANA TERESA FIGUEROA ROMAN, quien adquiere de la siguiente manera:

Una parte de esta finca, estando casada con Luis González Rodríguez por compra a Antonio Pagán Osorio, por la suma de $19,000.00, según consta de la escritura #6, otorgada en Caguas, el 11 de enero de 2001, ante el Notario Rafael A. Pacheco, inscrito al folio 1 del tomo 1619 de Caguas, finca #24314, inscripción 8va.

El resto de la finca, mediante Liquidación de Bienes Gananciales que hiciera con Luis González Rodríguez (no expresa estado civil), con un valor de $46,740.00, según Sentencia de fecha 8 de septiembre de 2015, ante el Tribunal de Primera Instancia, Sala Superior de Caguas, en el caso civil número EAC 2014-0467, inscrito al Tomo Karibe de Caguas, finca #24314, inscripción 9na.

### *GRAVÁMENES:*

I. Afecta por su procedencia a:
   Servidumbre de paso sirviente en beneficio de ésta finca y 3 fincas más

II. Afecta por sí a:
   Libre de hipotecas

***SERVIDUMBRE:*** De paso real y perpetuo de 8.00 metros de ancho a todo lo largo de la colindancia Este, de esta finca en beneficio de la finca de este número como predio dominante y la finca principal sobre la cual esta procede, según consta de la escritura #319, otorgada en Caguas, el 6 de noviembre de 1963, ante el Notario Juan Calzada González, inscrito al folio 115 del tomo 450 de Caguas, finca #24314, inscripción 1ra.

*FINCA: 24314*
*PAGINA: 2*

**BITACORA:** AL ASIENTO 2018-004357-CA01, presentada el 18 de enero de 2018, la escritura #1, otorgada en Caguas, el 16 de enero de 2018, ante el Notario Reymerick Aponte López, por Ana Teresa Figueroa Román (soltera), para que se inscriba compraventa a favor de Nomar André **(así expresa)** Torres Laboy (soltero), por la suma de $15,000.00. Pendiente de inscripción.

**_REVISADOS:_**

Registro de Embargos Estatales, Federales, Sentencias, bitácora electrónica en Sistema Karibe, el 2 de diciembre de 2019.

**GNJ TITLE SEARCH PR**

*Iris Hernandez*
**Firma Autorizada**
P.O. Box. 9285
Plaza Carolina Sta.
Carolina, P.R. 00983-9997

*ADVERTENCIA:* El presente informe representa la información contenida en los libros digitalizados del Registro de la Propiedad. La bitácora electrónica (Karibe) no es un libro oficial del Registro, por lo tanto no nos hacemos responsables por errores u omisiones en la entrada y búsqueda de datos en el mismo.