IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANA T FIGUEROA ROMAN

DEBTOR(S)

CASE NO. 19-03969-EAG

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is :$ To be determined.

3. The general unsecured pool is :$ 0

AMENDED PLAN DATE: September 25, 2019   PLAN BASE: $14,040.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 9/10/2021

☐ FAVORABLE          [X] UNFAVORABLE

**1. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

1) Debtor sold and transferred a lot of land worth approximately $95,000.00 on January 16, 2018 (less than 2 years from filing). She avers sold the same for $15,000.00. The aforementioned constitutes and avoidable action for which Trustee, has (2) years under the bankruptcy code. Trustee filed and adversary proceeding against Mr. Nomar Andre Torres Laboy(Transferee), debtor Ana T Figueroa Roman and unknown defendants on April 21, 2021. The Court entered the default of defendant on July 16,2021. On August 10, 2021 defendant Nomar Andre Torres Laboy filed a motion to vacate the default order. Trustee will be filing a opposition to the request to vacate the default order. 2) Liquidation value of the estate cannot be determined until outcome of adversary proceeding case 21-00047.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta

Atty: IGNACIO GARCIA FRANCO\*

USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG